UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA L. BEAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CAMARILLO STATE HOSPITAL'S ADMINISTRATION,<br><br>            Defendant. | Case No. CV 08-3657-CJC (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: August 14, 2008

                                          HONORABLE CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE