JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LINDA L. BEAN, | Case No. CV 08-3657-CJC (PLA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAMARILLO STATE HOSPITAL'S ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 14, 2008

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE